

# Fourth Court of Appeals
## San Antonio, Texas

February 26, 2020

No. 04-19-00795-CV

David **RODRIGUEZ**,
Appellant

v.

**H-E-B**, Jointly and Severally William Tate, Jointly and Severally and as employee of H-E-B
L.P., Stephen Martinez Jointly and Severally and as employee of H-E-B L.P., Meredith Reid as
employee of H-E-B L.P, Jointly and Severally, Debra Ann Godoy as employee of H-E-B L.P. et
al.,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI16263
Honorable Cynthia Marie Chapa, Judge Presiding

# O R D E R

On February 25, 2020, appellant filed a "Motion for Rehearing on Motion to Vacate as
Void Opinion Affirming Court Reporter's Contest Order for Lack of Jurisdiction." Appellant's
motion is DENIED. *See* TEX. R. APP. P. 49.3, 49.5. Appellant is advised that the court will not
consider any further motions related to the trial court's December 17, 2019 Order on Motion to
Require the Appellant to Prove the Inability to Pay Costs.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 26th day of February, 2020.



Michael A. Cruz,
Clerk of Court